**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01620-CR

### JORGE ALVARADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-25903-Y

## ORDER

On July 15, 2013, this Court adopted the finding that new counsel J. Daniel Oliphant was appointed as new counsel for appellant and that Mr. Oliphant needed forty-five days to file appellant's brief. We ordered that appellant file a brief by September 2, 2013. To date, appellant's brief has not been filed.

Accordingly, we **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order. No further extensions will be granted. If appellant's brief is not filed within the time specified, the Court will utilize the available remedies to obtain the brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE